IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JOSEPH V. WILLIAMS, JR. | ) | BANKRUPTCY NO. 22-10089 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JOSEPH V. WILLIAMS, JR. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE | ) | Adv. Proc. No. |
| DIVISION OF REVENUE | ) | |
| Defendant. | ) | |

**COMPLAINT SEEKING TO AVOID TAX LIEN**

Joseph V. Williams, Jr. (hereinafter "Debtor"), by and through his attorney, hereby files this Complaint against State of Delaware, Division of Revenue (State) (the "Defendant"), and its successors/assigns, to avoid the tax lien, and allege the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the parties and the subject matter of this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334 because it arises in and is related to the above-captioned cases pending in the United States Bankruptcy Court for the District of Delaware (the "Court"), and affects property of the Debtor.

2. This adversary proceeding is a core proceeding arising in the above-captioned bankruptcy case pursuant to 28 U.S.C. §157(b).

3. Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

4. The Plaintiff, Joseph V. Williams, Jr., is the Debtor in the above-captioned Chapter 13 bankruptcy case, which was commenced on January 31, 2022.

5. This adversary proceeding is being instituted by the Debtor, the Plaintiff herein, to avoid and cancel the tax lien held by State on the Debtors' personal residence at 4009 Byron Road, Wilmington, DE 19802 ("the Property"), in that it is fully unsecured, pursuant to In re McDonald, 205 F.3d 606 (3rd Cir., 2000), and 11 U.S.C. §506(a)(1).

6. On May 26, 2022, the Plaintiff/Debtor filed a Motion to sell 4009 Byron Road, Wilmington, DE 19802 free and clear of all liens, which was granted on

7. The value of the property was $375,000.00, as the property was sold for this price in June, 2022. A copy of the settlement statement is attached hereto as Exhibit "A."

8. The 1st Mortgage Lender was paid $269,406.34.

9. After taxes and settlement costs, the net proceeds of $76,522.72 were paid to the IRS, which had higher-priority liens than the Defendant.

10. At settlement, the IRS was paid $76,522.72, which was a portion of its secured claim of $113,856.29. See Claim No. 3, filed on February 22, 2022.

11. Under the circumstances as described above, the Defendant's tax lien of State is fully unsecured. See 11 U.S.C. §506(a)(1).

12. The McDonald case provides authority for avoiding a fully-unsecured lien, as in the case at bar, and it is on this basis that the Debtor is respectfully requesting an order avoiding the tax lien of State.

**PRAYER FOR RELIEF**

      **WHEREFORE**, Plaintiff prays that this Court enter an Order:

A.    Avoiding and cancelling the State of Delaware tax liens recorded by the State of Delaware, Division of Revenue at the Recorder of Deed's Office in New Castle Delaware; and

B.    That the secured portion of the Defendant's Claim No. 8, in the amount of $14,399.91 filed by be deemed unsecured, non-priority; and

C.    Any further relief the Court deems appropriate under the circumstances.

      Respectfully submitted,

      **CYNTHIA L. CARROLL, P.A.**

      /s/ Cynthia L. Carroll
      Cynthia L. Carroll, Esquire
      262 Chapman Road, Suite 108
      Newark, DE 19702
      (302) 733-0411 (Telephone)
      (302) 733-0511 (Facsimile)
      Attorney for Debtor/Plaintiff

Date: September 16, 2022