**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JOSEPH V. WILLIAMS, JR. | ) | BANKRUPTCY NO. 22-10089 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| JOSEPH V. WILLIAMS, JR. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE | ) | Adv. Proc. No. |
| DIVISION OF REVENUE | ) | |
| Defendant. | ) | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days, **no later than October 20, 2022**.

    **Address of Clerk:**
        824 Market Street, 3rd Floor
        Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    **Name and Address of Plaintiff's Attorney:**
        Cynthia L. Carroll, Esquire
        262 Chapman Road, Suite 108
        Newark, DE 19702

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

**Address:**
U.S. Bankruptcy Court      Date and Time:  **October 25, 2022, 10:00 am**
824 E. Market Street
6th Floor, Courtroom 1
Wilmington, DE 19801

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/s/ Cynthia L. Carroll
Cynthia L. Carroll, Esquire

**Date: October 16, 2022**