IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| JOSEPH V. WILLIAMS, JR. ) | BANKRUPTCY NO. 22-10089 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| JOSEPH V. WILLIAMS, JR. ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| STATE OF DELAWARE ) | Adv. Proc. No. |
| DIVISION OF REVENUE ) | |
| Defendant. ) | |

**ORDER**

**AND NOW,** this ___ day of _____, 2022 having heard and considered the Plaintiffs' Complaint Seeking to Avoid Tax Lien, against State of Delaware, Division of Revenue (State) (the "Defendant") and any responses thereto,

It is hereby **ORDERED AND DECREED** that the tax liens filed by the State of Delaware, Division of Revenue are hereby cancelled and avoided, which are recorded at the Recorder of Deed's Office in New Castle Delaware as follows:

a) Case number N11J– 04642, for 2008 State of Delaware personal taxes, in the amount of $8,786.28, recorded on July 11, 2011, transaction ID 38604706,

b) Case number N18 J – 00397, for 2007 State of Delaware personal taxes, in the amount of $5,094.17, January 12, 2018, transaction ID 615 63168,

c) Case number N19J-02049, in the amount of $109.26, for State of Delaware personal taxes

for "multiple periods;"

d) Case number N21J – 02392, for State of Delaware personal taxes for 2017 in the amount of $2983.48; March 1, 2021, transaction ID 66 379 100,

**IT IS FURTHER ORDERED** that the secured portion of Claim No. 8 is hereby deemed unsecured, non-priority

    **SO ORDERED** this _____ day of _____, 2022.

                                                  _____
                                                       United States Bankruptcy Judge