# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JOSEPH V. WILLIAMS, JR. | ) | BANKRUPTCY NO. 22-10089 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JOSEPH V. WILLIAMS, JR. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE | ) | Adv. Proc. No. |
| DIVISION OF REVENUE | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Cynthia L. Carroll, hereby certify that on this 16th day of September, 2022, caused copies of the foregoing Complaint Seeking to Avoid Tax Lien and Summons and Notice of Pretrial Conference for the Complaint Seeking to Avoid Tax Lien to be served via first class mail or via ECF as noted, on the following:

William F. Jaworski, Jr., Esquire
Chapter 13 Trustee
824 Market Street, Suite 1002
Wilmington, DE 19899-1350
(via ECF)

Attorney General Kathy Jenkins
Delaware Department of Justice
Carvel State Building
820 N. French St
Wilmington, DE 19801
(via 1st Class Mail)

Edward J. Kosmowski, Esquire
Deputy Attorney General
820 North French Street, 8th Floor
Wilmington, Delaware 19801
(via ECF)

.

Dated: September 16, 2022

/s/ Cynthia L. Carroll
Cynthia L. Carroll, Esquire