# EXHIBIT A

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT **KIRSH TITLE SERVICES** **SETTLEMENT STATEMENT** | B. TYPE OF LOAN: 1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. |
|---|---|
| | 6. FILE NUMBER: 2204092 / 7. LOAN NUMBER: |
| | 8. MORTGAGE INS CASE NUMBER: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Lawrence Seth Rosenzweig Ann Linda Nussbaum Rosenzweig 10 Tollgate Court Lynbrook, NY 11563 | Joseph V. Williams, Jr. Helen E. Williams 246 W. Summit Ave West Grove, PA 19390 | CASH |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT:  56-2532492 | I. SETTLEMENT DATE: |
|---|---|---|
| 4009 Byron Road Wilmington, DE 19802 New Castle County, Delaware | Kirsh Title Services, Inc. | June 17, 2022 |
| | PLACE OF SETTLEMENT 903 S. College Avenue Newark, DE 19713 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 375,000.00 | 401. Contract Sales Price | 375,000.00 |
| 102. Personal Property | 2,500.00 | 402. Personal Property | 2,500.00 |
| 103. Settlement Charges to Borrower (Line 1400) | 10,551.02 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes   06/17/22 to 07/01/22 | 66.96 | 406. City/Town Taxes   06/17/22 to 07/01/22 | 66.96 |
| 107. County Taxes      06/17/22 to 07/01/22 | 84.01 | 407. County Taxes      06/17/22 to 07/01/22 | 84.01 |
| 108. Sewer Rents              to | | 408. Sewer Rents              to | |
| 109. | | 409. | |
| 110. Pre Settlement Agreement Fee | 600.00 | 410. Pre Settlement Agreement Fee | 600.00 |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 388,801.99 | *420. GROSS AMOUNT DUE TO SELLER* | 378,250.97 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 35,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 108,844.63 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to Select Portfolio Servicin | 269,406.34 |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes         to | | 510. City/Town Taxes         to | |
| 211. County Taxes            to | | 511. County Taxes            to | |
| 212. Sewer Rents             to | | 512. Sewer Rents             to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 35,000.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | 378,250.97 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 388,801.99 | 601. Gross Amount Due To Seller (Line 420) | 378,250.97 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 35,000.00) | 602. Less Reductions Due Seller (Line 520) | ( 378,250.97) |
| *303. CASH ( X FROM ) ( TO ) BORROWER* | 353,801.99 | *603. CASH ( TO ) ( FROM ) SELLER* | 0.00 |

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **700. TOTAL COMMISSION Based on Price** $ 375,000.00 @ 6.0000 % 22,500.00 | | | |
| *Division of Commission (line 700) as Follows:* | | | |
| 701. $ 13,125.00 to Keller Williams Realty | | | |
| 702. $ 9,375.00 to Century 21 Gold Key Realty | | | |
| 703. Commission Paid at Settlement | | | 22,500.00 |
| 704. to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee       % to | | | |
| 802. Loan Discount       % to | | | |
| 803. Appraisal Fee   to | | | |
| 804. Credit Report   to | | | |
| 805. Lender's Inspection Fee   to | | | |
| 806. Mortgage Ins. App. Fee   to | | | |
| 807. Assumption Fee   to | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From    to    @ $   /day ( days %) | | | |
| 902. Mortgage Insurance Premium for  months to | | | |
| 903. Hazard Insurance Premium for  years to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance   @ $ 0.00 per | | | |
| 1002. Mortgage Insurance   @ $ 0.00 per | | | |
| 1003. City/Town Taxes   @ $ 0.00 per | | | |
| 1004. County Taxes   @ $ 0.00 per | | | |
| 1005. Sewer Rents   @ $ 0.00 per | | | |
| 1006.   @ $ per | | | |
| 1007.   @ $ per | | | |
| 1008.   @ $ per | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee to Kirsh Title Services, Inc. | | 495.00 | |
| 1102. Abstract or Title Search/KTS to Secure Search Services Inc./KTS | | 245.00 | |
| 1103. Commitment Fee to Kirsh Title Services, Inc. | | 40.00 | |
| 1104. Title Insurance Binder to | | | |
| 1105. Prepare/Record Satisfaction to Kirsh Title Services, Inc. | | | 175.00 |
| 1106. Notary Fees to | | | |
| 1107. Attorney's Fees to | | | |
|   *(includes above item numbers:    )* | | | |
| 1108. Title Insurance to First American Title Insurance Company | | 1,839.00 | |
|   *(includes above item numbers:    )* | | | |
| 1109. Lender's Coverage $ | | | |
| 1110. Owner's Coverage $ 375,000.00 0.00 | | | |
| 1111. Water Bill - June to City of Wilmington | | 42.02 | |
| 1112. Wire Fee for Payoff to Kirsh Title Services, Inc. | | | 25.00 |
| 1113. Legal Fees to Cynthia L. Carroll, P.A. | | | 750.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ 90.00 ; Mortgage $  ; Releases $ | | 90.00 | |
| 1202. County Transfer Tax:   Deed 5,625.00; Mortgage | | 2,812.50 | 2,812.50 |
| 1203. State Transer Tax:   Transfer Tax 9,375.00; Mortgage | | 4,687.50 | 4,687.50 |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to The Pelsa Company | | 300.00 | |
| 1302. Pest Inspection to | | | |
| 1303. Delinquent Amount to City of Wilmington | | | 692.61 |
| 1304. L&I Fees to City of Wilmington | | | 679.30 |
| 1305. Net Proceeds to Internal Revenue Service | | | 76,522.72 |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | 10,551.02 | 108,844.63 |